[No. 20535-1-II.    Division Two.    December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HERRARA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02916-9, Waldo F. Stone, J., entered December 20, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20552-1-II.    Division Two.    December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00003-5, Toni A. Sheldon, J., entered April 4, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20652-8-II.    Division Two.    December 5, 1997.]

MONTE DOUGLAS MARTIN, *Appellant*, v. SUSAN PERRY MAYNARD, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-5-50342-1, Daniel J. Berschauer, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 20663-3-II.    Division Two.    December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WILLIAM BURKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04889-9, Arthur W. Verharen, J., entered March 28, 1996. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.